STUCKY, Judge
(concurring in part and dissenting in part):
The plain and clear language of Article 107, Uniform Code of Military Justice (UCMJ), proscribes the making of “any other false official statement.” 10 U.S.C. § 907 (2006). Appellant’s statements to civilian law enforcement agents, investigating allegations of criminal conduct as part of their official duties, were “official statements.” See United States v. Spicer, 71 M.J. 470 (4) (C.A.A.F. 2013) (Stucky, J., dissenting). Therefore, I would affirm the judgment of the United States Air Force Court of Criminal Appeals (CCA) affirming Appellant’s conviction for making false official statements.
I concur in setting aside the judgment of the CCA with respect to Charge III and its specifications and remanding for further consideration in light of United States v. Humphries, 71 M.J. 209 (C.A.A.F.2012).